# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

**Related Case Information:**
Superseding Indictment _____ Docket Number **08-00044**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

Country/Parish _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __x__ No

Defendant Name    ROQUE CHARGUALAF INOCENTES

Alias Name    _____

Address    _____
    __Guam__

Birthdate __Xx/xx/19__ SS# __xxx-xx-__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA ____Karon V. Johnson____

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED AUG 22 2008**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty ___ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/20/08__   Signature of AUSA: __Karon V. Johnson__

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00044**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name   __BENITA SAN NICOLAS CAMP__

Alias Name   _____

Address   _____

_____Guam_____

Birthdate __Xx/xx/19__ SS# __xxx-xx-__ Sex __F__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA ____Karon V. Johnson____

**Interpreter:** __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __8/20/08__   Signature of AUSA: __Karon V. Johnson__

RECEIVED AUG 22 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

# Criminal Case Cover Sheet                                                   U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00044**
Same Defendant _____          New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile:** Yes ____ No __X__    **Matter to be sealed:** ____ Yes __x__ No

Defendant Name     _JESSE CHACO NAUTA_

Alias Name         _____

Address            _____

                   ___Guam___

Birthdate _Xx/xx/19_  SS# _xxx-xx-_  Sex _M_  Race _PI_  Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

**Interpreter:** __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

RECEIVED AUG 22 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty  ___ Misdemeanor  ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _16 USC 1538(a)(1)(B) & (D)_ | Taking of a Threatened Species | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _8/20/08_  Signature of AUSA: _Karon V. Johnson_

**Place of Offense:**
City _____Hagåtña_____  

**Related Case Information:**

Country/Parish _____  Superseding Indictment _____ Docket Number **08-00044**
Same Defendant _____  New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __x__ No

Defendant Name   ___FRANK SAN NICOLAS CAMP___

Alias Name   _____

Address   _____

___Guam___

Birthdate __Xx/xx/19__ SS# _xxx-xx-__ Sex __M__ Race __PI__ Nationality _Chamorro___

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson_____

Interpreter:   __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED AUG 22 2008**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __1__   _____ Petty _____ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/20/08__   Signature of AUSA: __Karon V Johnson__