AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

FRANK SAN NICOLAS CAMP

**WARRANT FOR ARREST**

Case Number: CR-08-00044-004

FILED
DISTRICT COURT OF GUAM
AUG 2 2 2008 PP.
JEANNE G. QUINATA
Clerk of Court

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **FRANK SAN NICOLAS CAMP** _____
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    X Complaint    ☐ Order of court

☐ Pretrial Release      ☐ Probation              ☐ Supervised Release    ☐ Violation Notice
  Violation Petition      Violation Petition        Violation

charging him or her with   (brief description of offense)

**Taking of a Threatened Species, 16 U.S.C. §§ 1538(a)(1)(B), 1538(a)(1)(D) and 1540(b)(1)**

ORIGINAL

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| JOAQUIN V. E. MANIBUSAN, JR. | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | 08/21/2008; Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

AGAT, GUAM

| DATE RECEIVED 08/22/08 | NAME AND TITLE OF ARRESTING OFFICER KEVIN SEILER SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 08/22/08 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____